NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

J.L.H-P.,                                      )
                                               )
            Appellant,                         )
                                               )
v.                                             )        Case No. 2D19-2322
                                               )
STATE OF FLORIDA,                              )
                                               )
            Appellee.                          )
_____)

Opinion filed September 30, 2020.

Appeal from the Circuit Court for Polk
County; Melissa Gravitt, Judge.

Howard L. Dimmig, II, Public Defender,
and Kevin Briggs and Carly J. Robbins-
Gilbert, Assistant Public Defenders,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Katie Salemi Ashby,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

            Affirmed.

NORTHCUTT, BLACK, and SLEET, JJ., Concur.